UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY DRAKE, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. 1:14-CV-03164-RHW<br><br>**ORDER ACCEPTING STIPULATED VOLUNTARY DISMISSAL AND TERMINATING PENDING MOTIONS** |

Before the Court is a Notice of Stipulated Voluntary Dismissal, ECF No. 13. Plaintiff is represented by attorney Thomas Bothwell and Defendant ("the Commissioner") is represented by Special Assistant United States Attorney Franco L. Becia.

The parties indicate to the Court that they have agreed to voluntarily dismiss the above-captioned matter with prejudice. ECF No. 13 at 1. The Court accepts this stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(ii). As such, all pending motions are terminated and the District Court Executive shall close the file.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court accepts the parties' Stipulated Notice of Dismissal, **ECF No. 13.**

*///*

**ORDER ACCEPTING STIPULATED VOLUNTARY DISMISSAL AND TERMINATING PENDING MOTIONS ~ 1**

2. All pending motions shall be terminated.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 1st day of July, 2015.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER ACCEPTING STIPULATED VOLUNTARY DISMISSAL AND TERMINATING PENDING MOTIONS ~ 2**

q:\rhw\acivil\social security cases\2014 social security cases\drake\ord.accept.vol.dismissal.and.terminate.mtns..docx